Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEDIA PARTNERS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.,<br><br>　　　　　Defendant. | Civil Action No. 18-cv-232TSZ<br><br>UNOPPOSED MOTON AND ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT |

**UNOPPOSED FIRST REQUEST FOR EXTENSION**

Plaintiff Media Partners Corporation, by and through its undersigned counsel, hereby respectfully moves that the date for Defendant Circle K Stores Inc. to answer or otherwise respond to Media Partners Corporation's complaint be extended from March 7, 2018 to April 6, 2018. Counsel for Defendant Circle K Stores Inc. has not yet appeared in this matter but consents to this request and extension.

RESPECTFULLY SUBMITTED March 8, 2018.

　　　　　　　　　　　　　　　　　s/David A. Lowe, WSBA No. 24,453
　　　　　　　　　　　　　　　　　 Lowe@LoweGrahamJones.com
　　　　　　　　　　　　　　　　　LOWE GRAHAM JONES<sup>PLLC</sup>
　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 4800
　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　T: 206.381.3300
　　　　　　　　　　　　　　　　　F: 206.381.3301

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

UNOPPOSED MOTION AND ORDER
EXTENDING TIME - 1
Civil Action No. 18-cv-232TSZ
MPRT-6-1005P04 MOTEXTAnswer

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of March, 2018.

_____
Thomas S. Zilly
United States District Judge

UNOPPOSED MOTION AND ORDER
EXTENDING TIME - 2
Civil Action No. 18-cv-232TSZ
MPRT-6-1005P04 MOTEXTAnswer

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301