Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEDIA PARTNERS CORPORATION, | Civil Action No. 18-cv-232TSZ |
| Plaintiff, | UNOPPOSED SECOND MOTION AND ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT |
| v. | |
| CIRCLE K STORES INC., | |
| Defendant. | |

**UNOPPOSED SECOND MOTION FOR EXTENSION**

Plaintiff Media Partners Corporation, by and through its undersigned counsel, hereby respectfully moves that the date for Defendant Circle K Stores Inc. to answer or otherwise respond to Media Partners Corporation's complaint be extended from April 6, 2018 to May 7, 2018. Counsel for Defendant Circle K Stores Inc. has not yet appeared in this matter but consents to this request and extension.

RESPECTFULLY SUBMITTED March 29, 2018.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff

LOWE GRAHAM JONES <sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of March, 2018.

_____
Thomas S. Zilly
United States District Judge

LOWE GRAHAM JONES ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301