Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEDIA PARTNERS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.,<br><br>Defendant. | Civil Action No. 18-cv-232TSZ<br><br>UNOPPOSED THIRD MOTION AND ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT AND INITIAL DATES |

**UNOPPOSED THIRD MOTION FOR EXTENSION**

Plaintiff Media Partners Corporation, by and through its undersigned counsel, hereby respectfully moves that the date for Defendant Circle K Stores Inc. to answer or otherwise respond to Media Partners Corporation's complaint be extended from May 7, 2018 to June 6, 2018, and that the initial deadlines in the case be correspondingly moved as follows:

| | **Existing Deadline** | **Proposed Deadline** |
|---|---|---|
| FRCP 26(f) Conference Deadline: | 5/3/2018 | 6/4/2018 |
| Initial Disclosures/Joint Status Report: | 5/17/2018 | 6/18/2018 |

Counsel for Defendant Circle K Stores Inc. has not yet appeared in this matter but consents to this request and extension.

UNOPPOSED MOTION AND ORDER
EXTENDING TIME - 1

Civil Action No. 18-cv-232TSZ
MPRT-6-1005P06 MOTEXTAnswer03.docx

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED May 2, 2018.

          s/David A. Lowe, WSBA No. 24,453
          Lowe@LoweGrahamJones.com
          LOWE GRAHAM JONES PLLC
          701 Fifth Avenue, Suite 4800
          Seattle, WA 98104
          T: 206.381.3300
          F: 206.381.3301

          Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this 2nd day of May, 2018.

          */s/ Thomas S. Zilly*
          Thomas S. Zilly
          United States District Judge

UNOPPOSED MOTION AND ORDER EXTENDING TIME - 2

Civil Action No. 18-cv-232TSZ
MPRT-6-1005P06 MOTEXTAnswer03.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301