Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEDIA PARTNERS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.;<br>TMC FRANCHISE CORPORATION; and<br>DOES 1-10,<br><br>Defendants. | Civil Action No. 18-cv-232TSZ<br><br>UNOPPOSED FIFTH MOTION AND ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT AND INITIAL DATES |

Plaintiff Media Partners Corporation, by and through its undersigned counsel, hereby respectfully moves that the date for Defendants Circle K Stores Inc. and TMC Franchise Corporation to answer or otherwise respond to Media Partners Corporation's amended complaint be extended from July 6, 2018 or otherwise set to July 27, 2018, and that the initial deadlines in the case be correspondingly moved as follows:

| | Existing Deadline | Proposed Deadline |
|---|---|---|
| FRCP 26(f) Conference Deadline: | 7/6/2018 | 8/13/2018 |
| Initial Disclosures/Joint Status Report: | 7/20/2018 | 8/27/2018 |

Counsel for Defendant Circle K Stores Inc. and TMC Franchise Corporation have not yet appeared in this matter but consents to this request and extension.

UNOPPOSED MOTION AND ORDER
EXTENDING TIME - 1

Civil Action No. 18-cv-232TSZ
MPRT-6-1005P09 MOTEXTAnswer05.docx

LOWE GRAHAM JONES₍PLLC₎

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED July 18, 2018.

        s/David A. Lowe, WSBA No. 24,453
        Lowe@LoweGrahamJones.com
        LOWE GRAHAM JONES PLLC
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104
        T: 206.381.3300
        F: 206.381.3301

        Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this 18th day of July, 2018.

        _____
        Thomas S. Zilly
        United States District Judge

UNOPPOSED MOTION AND ORDER
EXTENDING TIME - 2

Civil Action No. 18-cv-232TSZ
MPRT-6-1005P09 MOTEXTAnswer05.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301