1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEDIA PARTNERS
CORPORATION,

    Plaintiff,

  v.

CIRCLE K STORES INC., and TMC
FRANCHISE CORPORATION,

    Defendants.

C18-232 TSZ

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

   (1)  Counsel having advised the Court that this matter has been resolved, and it
appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT
IS ORDERED that this case is DISMISSED with prejudice and without costs. In the
event settlement is not perfected, either party may move to reopen and trial will be
scheduled, provided such motion is filed within 60 days of the date of this Order.

   (2)  The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

   Dated this 19th day of October, 2018.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1